UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Michelle McClure v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10892-DRH |
| *Maggie McCullough v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10922-DRH |
| *Amanda Olson, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10923-DRH |
| *Laura Ostergren v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11553-DRH |
| *Anthony Palladino, Individually and on behalf of the estate of Tricia Palladino, deceased v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10744-DRH |
| *Angela Pritchett v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10014-DRH |
| *Rebecca Pusateri v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10735-DRH |
| *Renita Robinson v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10924-DRH |
| *Mary Jean Kathleen Rowe v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10925-DRH |
| *Christine Schimmel v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10926-DRH |
| *Kathleen Stolfi, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11431-DRH |

| | |
|---|---|
| *Heather Stultz v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11223-DRH |
| *Holly Zimmerman v. Bayer Healthcare Pharmaceuticals Inc.* | No. 11-cv-13592-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on July 29, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:  /s/*Caitlin Fischer*
> **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.08.01 14:06:43 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT

2